

# IN THE UNITED STATRS DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Nak Kim Chhoeun | Civil Action File |
|     Petitioner, | No. _____ |
| | |
| VS. | **03-1386** |
| | **SECT. J MAG. 4** |
| John Ashcroft, Attorney General and | Habeas Corpus |
| Immigration and Naturalization Service, et al. | 28 U.S.C. 2241 |
|     Respondents. | |

## PETITION FOR A WRIT OF HABEAS CORPUS

This is a petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. 2241; seeking to redress the deprivation of the petitioner constitutional rights and challenge his illegal continued detention. Petitioner, request an order of release issue immediately, or in the alternative his bail be reduced to $1,000.00.

## JURISDICTION

1. Jurisdiction of this court to issue a Writ of Habeas Corpus on behalf of the petitioner is invoked pursuant to 28 U.S.C. 2241.

## PARTIES

2. Petitioner; Nak Kim Chhoeun, is a native and resident of Cambodia and presently incarcerated at: Orleans Parish Prison, 3000 Perdido St, New Orleans, LA 70119.

3. Respondent: John Ashcroft, is the Attorney General of the United States and his office is located at: United States Attorney, Eastern District of Louisiana, 500 Camp St., New Orleans, LA 70150.

4. The Immigration and Naturalization Service (INS) are the agent responsible for the custody of the petitioner and John Ashcroft is responsible for the enforcing court of the Laws of Immigration.

## FACTS

5. Petitioner was arrested on or about September 9, 2002 and was order deported by the Immigration Judge on November 16, 2002. A resonable time had elapsed since the deportation order took place, and petitioner still under the custody of INS.

6. Petitioner bond was set on November 21, 2002 in the amount of $25,000.00 which appear to be extremely abusive, excessive and in violation of the Eight Amendments of the United States Constitution.

7. Petitioner contend that his detention, after his deportation was executed and unable to be returned to his native country. Because there is no repatriation agreement, violated the Fifth Amendments Due Process Rights.

8. *WHEREFORE,* petitioner urges this Honorable Court to issue a writ directing the Respondent to release petitioner from custody.


I declare under penalty of perjury that the foregoing is true and correct.

This the 4 day of May 2003.

Respectfully submitted,

*Nak Kim Chhoeun*

Nak Kim Chhoeun

- 2 -

May 5, 2003

Clerk Office
U.S. District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70150

Dear Sir or Madam:

Enclosed please find the original and two (2) copies of a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. 2241, along with a money order in the amount of $5.00 to pay for filing fee requirement.

Will you please filing and docketing the aforesaid petition; returning a docketing and stamped filed copy to the undersigned.

Your cooperation in this matter is greatly appreciated.

Yours very truly,

*Nak Kim Chhouen*

Nak Kim Chhouen #43812
Orleans Parish Prison
3000 Perdido St.
New Orleans, LA 70119