

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NAK KIM CHHOEUN, #43812 | CIVIL ACTION |
| VERSUS | NO: 03-1386 |
| JOHN ASHCROFT, ATTORNEY GENERAL, et al | SECTION: J (4) |

O R D E R

NAK KIM CHHOEUN has applied to this Court for a writ of habeas corpus. In order for the Court to determine the action, if any, that shall be taken on this application,

IT IS ORDERED that the Clerk of Court serve a copy of the application and this order on the United States Attorney for the Eastern District of Louisiana, the United States Immigration and Naturalization Service for the New Orleans District, and the United States Attorney General.

The United States Attorney for the Eastern District of Louisiana, the United States Immigration and Naturalization Service for the New Orleans District, and the United States Attorney General are ordered to file an answer containing a

DATE OF ENTRY
JUN 1 3 2003

written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies within thirty (30) days of the date of service.

New Orleans, Louisiana, this 13th day of June, 2003.

_____
UNITED STATES DISTRICT JUDGE