

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 MAR -8 PM 3: 43

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NAK KIM CHHOEUM**<br>**Petitioner** | * | CIVIL ACTION |
| | * | NUMBER: 03-1386 |
| v. | * | SECTION: "J" (4) |
| **JOHN ASHCROFT, ATTORNEY**<br>**GENERAL AND IMMIGRATION**<br>**AND NATURALIZATION SERVICE,**<br>**Defendants.** | * | |

\* \* \*

## MOTION TO DISMISS AS MOOT AND
## INCORPORATED MEMORANDUM IN SUPPORT THEREOF

**NOW INTO COURT**, comes the defendant, the United States of America, through the undersigned Assistant United States Attorney, who respectfully moves this Honorable Court to dismiss petitioner's habeas petition as moot.

Petitioner filed a Petition for Writ of Habeas Corpus on May 13, 2003. In his petition petitioner requested that he be released from detention by the Department of Homeland Security (DHS), formerly the Immigration and Naturalization Service (INS). See Petition for Writ of Habeas Corpus. As evidenced by the Declaration of Craig S. Robinson, Interim Field Office Director, DHS, Bureau of Immigration and Customs Enforcement, dated March 3, 2004 and attached hereto as

1

___ Fee____
___ Process____
_X_ Dktd____
_√_ CtRmDep____
___ Doc. No.____

Exhibit A, petitioner was released from DHS custody under an order of supervision on November 25, 2003. Now that petitioner has been released and is no longer in DHS custody, he was afforded the relief sought in his petition. Therefore, the petition should be dismissed as moot.

**WHEREFORE,** it is respectfully submitted that petitioner's habeas petition should be dismissed as moot.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
KATHRYN W. BECNEL (23641)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3025

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Nak Kim Chhoeun    [A25-183-587] | ) | NO.  03-1386 |
|       Plaintiff | ) | |
| VERSUS | ) | SECTION "J" (4) |
| | ) | |
| BUREAU OF IMMIGRATION AND CUSTOMS | ) | MAGISTRATE |
|       ENFORCEMENT, et al | ) | |
|       Defendants | ) | |

DECLARATION

I, Craig S. Robinson, declare under penalty of perjury the following.

1). I am an Officer with the Department of Homeland Security, Bureau of Immigration and Customs Enforcement (DHS/ICE), and am presently stationed in the New Orleans District.

2). I am authorized by section 287 (b) of the Immigration and Nationality Act, 8 U.S.C. Section 1357(b), and section 103.1(b) of Title 8 of the Code of Federal Regulations to make the following declaration:

3). I have been employed by the Immigration and Naturalization Service (INS) for approximately twenty-four (24) years. I have been a deportation officer since February 12, 1992.

4). I held the position of Supervisory Deportation Officer from August of 1997 until October of 2001. At that time, I was promoted to the position of Assistant District Director for Detention and Removal. On June 9, 2003, under the Government's restructuring plan, my title was changed to Interim Field Office Director.

1


GOVERNMENT
EXHIBIT
A

5). On March 1, 2003, INS and several other Federal agencies merged into the Department of Homeland Security (DHS). I now have a combined total of twenty-five (25) years of government service with the INS and DHS.

6). I am familiar with the record keeping system of the former INS including, but not limited to, the Deportable Alien Control System (DACS), INS logs, and A files.

7). I make this declaration based upon my review of DACS and INS Form I-205, Warrant of Removal, regarding Nak Kim Chhoeun, A25-183-587.

8). Plaintiff Chhoeun was released from my custody on ~~December 9,~~ November 25, 2003. Upon release, plaintiff stated that his new address is: csr

C/O Posda Tuot
1341 S. 17th Street
Philadelphia, PA 19146
(215) 271-3709

I hereby declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

March 3, 2004
Date

Craig S. Robinson
Interim Field Office Director
Department of Homeland Security
Bureau of Immigration & Customs Enforcement
701 Loyola Ave. – Room 8011
New Orleans, La. 70113
Telephone: 504-599-7797

**Re: nak Kim Chhoeun [A25-183-587]**

Immigration and Naturalization Service

Order of Supervision

File No: A25 183 587
Date: November 25, 2003

Name: Nak Kim CHHOEUN on May 29, 2003, you were ordered:
(Date of final order)

| | Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

| X | Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

| X | That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation / removal, or medical / psychiatric examination at the expense of the United States Government.

| X | That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

| X | That you do not travel outside **Philadelphia District** for more than 48 hours without first having notified this Service office of the dates and places of such proposed travel.

| X | That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

| X | That you report in person on the **2nd Tues** day of **Every Month**, to this Service office at: (Deportation Section) US/DHS 1600 Callowhill Street, Philadelphia, PA 19130 (215) 656-7165 unless you are granted written permission to report on another date.

| X | That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

| X | That you do not associate with known gang members or criminals.

| X | That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the INS with written proof of such within 10 days.

| X | That you do not commit any crimes while on this Order of Supervision.

| X | That you report to any parole or probation officer as required within 5 business days and provide the INS with written verification of the officer's name, address, telephone number, and reporting requirements.

| X | That you provide the INS with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

| X | That you provide the INS with written responses from the Embassies or Consulates regarding your requests.

| X | Any violation of the above conditions will result in revocation of your employment authorization document.

| X | Any violation of these conditions may result in your being taken into Service custody and your criminal prosecution.

(Signature of INS official)

Craig S. Robinson, Interim Field Officer Director/ICE
New Orleans, Louisiana
(Print name and title of INS official)

**Alien's Acknowledgment of Conditions of Release under an Order of Supervision**
I hereby acknowledge that I have (read) (had interpreted and explained to me in the **English** language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of INS official serving order)    (Signature of alien)    Nov. 25, 2003
                                                                       Date

Form I-220B(Rev. 4/1/97)

**U.S. Department of Justice**
Immigration and Naturalization Service

**Continuation Page for Form: I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| Nak Kim CHHOEUN | A25 183 587 | November 25, 2003 |

*Alien's Signature*

**Alien's Address**
C/O Mr. Posda Tuot
1341 S. 17th Street
Philadelphia, PA 19146
(215) 271-3709
*Alien's Telephone Number (if any)*

RIGHT INDEX PRINT

## PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| December 9, 2003 | | |

Signature: [signed]
Title: Deportation Officer

Decision Following 90-Day Review - Release
Page 2
Nak Kim CHHOEUN (A25 183 587)

## PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

(a) I _John Seright_, _Deportation Officer_,
    Name of INS Officer                   Title

certify that I served _Nak Kim CHHOEUN_ with a copy of
                Name of detainee

this document at _Orleans Parish Prison_ on _11/25/03_ at _10:30 am_
            Institution                Date     Time

Signed: Kim N. Chhoeun

(b) I certify that I served the custodian _____,
                                            Name of Official

_____, at _Orleans Parish Prison_, on
  Title                              Institution

_____ with a copy of this document.
  Date

### OR

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____ _____, certify
   Name of INS Officer              Title

that I served _____ and the custodian _____,
           Name of detainee                Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                Institution      Date

( ) CC: Attorney of Record or Designated Representative
( ) CC: A-File

(Page 2 of 2)

(Final 10/99)



**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

*701 Loyola Avenue, Room T-9024*
*New Orleans, Louisiana 70113*

Nak Kim CHHOEUN  A25 183 587
C/O Orleans Parish Prison
Federal Division
2800 Gravier Street
New Orleans, LA 70113

## Decision Following 90-Day Review - Release

You are currently detained in the custody of the Bureau of Immigration and Customs Enforcement (BICE). To date, the BICE has been unable to remove you from the United States as ordered on May 29, 2003.

Upon review of your case, the BICE has concluded that you may be released from BICE custody pending your removal from the United States. This release does not affect the foregoing order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one or more of these conditions, or of any local, state or federal law may result in your being taken back into custody.

It is particularly important that you keep the BICE advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. You are required by law to cooperate in that effort. If we are successful in obtaining those documents, you will be required to surrender to the BICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____Craig S. Robinson_____   __11/25/03__
Signature of Field Office Director/Designated Representative   Date

Print Name, Title and Location:   Craig S. Robinson, Interim Field Office Director, New Orleans, LA

(Page 1 of 2)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NAK KIM CHHOEUM** | * | **CIVIL ACTION** |
| Petitioner | | |
| | * | **NUMBER: 03-1386** |
| v. | * | **SECTION: "J" (4)** |
| | * | |
| **JOHN ASHCROFT, ATTORNEY GENERAL AND IMMIGRATION AND NATURALIZATION SERVICE,** | * | |
| Defendants. | * | |

\* \* \*

## NOTICE

TO: Nak Kim Chhoeum
c/o Posda Tuot
1341 S. 17th Street
Philadelphia, PA 19146
Telephone: (215) 271-3709

**PLEASE TAKE NOTICE** that the foregoing Motion to Dismiss will be brought for hearing before the Honorable Carl J. Barbier, United States District Judge for the Eastern District of Louisiana, at the United States Courthouse, 500 Camp Street, New Orleans, Louisiana, on Wednesday, the 31st of March, 2004, at 9:30 A.M. or as soon thereafter as counsel may be heard.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
KATHRYN W. BECNEL (23641)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, LA 70130
Telephone: (504) 680-3025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid, this 8 day of March, 2004.

_____
KATHRYN W. BECNEL
**Assistant United States Attorney**