FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 MAR 26 PM 4:48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NAK KIM CHHOEUN | CIVIL ACTION |
| VERSUS | NO: 03-1386 |
| JOHN ASHCROFT, ATTORNEY GENERAL & IMMIGRATION AND NATURALIZATION SERVICE | SECTION: "J"(4) |

## ORDER AND REASONS

Before the Court is the **Motion to Dismiss** filed by the Government. Rec. Doc. 7. In its motion, the Government seeks to dismiss as moot the habeas petition filed by petitioner, on the grounds that petitioner is no longer in custody.

The petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on May 13, 2003. In his petition, he requested release from detention by the Immigration and Naturalization Service (INS), which now is the Department of Homeland Security (DHS). The Magistrate Judge issued a Report and Recommendation which recommended granting the relief on February 19, 2004. Subsequently, it was learned that unbeknownst

DATE OF ENTRY
MAR 29 2004

___ Fee_____
___ Process____
X  Dktd_____
___ CtRmDep___
___ Doc. No.___

to the Magistrate Judge, petitioner had been released from custody on November 25, 2003, as evidenced by the March 3, 2004 Declaration of Craig S. Robinson, Interim Field Director, Department of Homeland Security, Bureau of Immigration and Customs Enforcement (BICE). Gov't's Motion, Exh. A. Accordingly, petitioner is no longer in DHS custody and, thus, has been afforded the relief sought in his petition.

Because as the Government suggests, petitioner has already been afforded the relief sought in his petition,

**IT IS ORDERED** that the **Motion to Dismiss as Moot** filed by the United States of America (Rec. Doc. 7) should be and is hereby **GRANTED**.

New Orleans, Louisiana, this ___26___ day of March 2004.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE